IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-1797-JRS-TAB ) ) |
| JENNIFER HART, ALYSSA BRADLEY, VICKIE ALLISON, as guardian of and next friend to minors, R. C. and T. C., | ) ) ) ) ) |
| *Defendants*. | ) ) |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

SO ORDERED.

Date: 12/17/2018

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:
Tina M. Bengs
tina.bengs@ogletree.com
Jennifer D. Wilson Reagan
jennwilsonreagan@gmail.com

Alyssa Bradley
1227 Kappes St.
Indianapolis, IN 46221

Jennifer Hart
8706 Hosta Way
Camby, IN 46113

2